IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALYSSA HANSON, on behalf of herself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:14-cv-01096-AT |
| TROP, INC., d/b/a PINK PONY, ATLANTA, | : : : | |
| Defendant. | : : | |

## **ORDER**

On April 27, 2016, the parties filed a Joint Motion for Approval of FLSA Settlement along with their proposed Settlement Agreement and Release. [Doc. 46.] The Court has reviewed the settlement consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action. The Court therefore **GRANTS** the Parties' Joint Motion for Approval of Settlement [Doc. 46] and **APPROVES** the Settlement Agreement and Release. The case will remain administratively closed until Plaintiff files a dismissal of this action with prejudice consistent with the terms of the settlement agreement and release.

**IT IS SO ORDERED** this 29th day of April, 2016.

_____
**Amy Totenberg
United States District Judge**